Michael W. OXLEY, Respondent,

v.

DIRECTOR OF REVENUE, STATE OF MISSOURI, Appellant.

No. 71481.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 14, 1997.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for appellant.

Ronald J. Brockmeyer, St. Charles, for respondent.

GARY M. GAERTNER, Judge.

Appellant, Director of Revenue of the State of Missouri ("Director"), appeals the judgment of the Circuit Court of St.Charles County granting respondent's, Michael W. Oxley's ("driver"), petition to set aside Director's order suspending driver's driving privileges and reinstating the same. This Court is unable to entertain the appeal for lack of a final judgment. Rule 74.01(a); *City of St. Louis v. Hughes*, 950 S.W.2d 850, 853 (Mo.banc 1997). Accordingly, the appeal is dismissed.

GRIMM, P.J., and PUDLOWSKI, J., concur.

Thomas D. JOHNSTON, Appellant,

v.

STATE of Missouri, Respondent.

No. 71719.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 14, 1997.

Deboran B. Wafer, Dist. Defender, St. Louis, for appellant.

Jeremiah. W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

ORDER

PER CURIAM.

Thomas Johnston, ("movant"), appeals from the judgment of the motion court denying his Rule 24.035 motion after he entered pleas of guilty to driving while intoxicated, RSMo section 577.010 (1994), and second degree assault, RSMo section 577.023 (1994). We have reviewed the briefs of the parties and the record on appeal and conclude the motion court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. However, we have prepared a memorandum opinion solely for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).